UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
CHRISTIAN WILLIAMS,

      Plaintiff,     **ORDER**

  -against-         19-CV-4801 (AMD)

ACHIEVEMENT FIRST EAST BROOKLYN
HIGH SCHOOL,

      Defendant.
------------------------------------------------------------------x

**ROANNE L. MANN, CHIEF UNITED STATES MAGISTRATE JUDGE:**

  On August 15, 2019, *pro se* plaintiff Christian Williams commenced this employment discrimination action by filing the Court's form employment discrimination complaint. See Complaint (Aug. 15, 2019) ("Compl."), Electronic Case Filing ("ECF") Docket Entry ("DE") #1. As discussed in an order dated September 24, 2019, upon reviewing the form complaint, the Court could not determine which individuals and entities referenced in the Complaint plaintiff intended to sue. See Order (Sept. 24, 2019) at 1, DE #7. Accordingly, this Court directed plaintiff to file a letter by October 1, 2019, identifying the individuals and/or entities that he intended to name as defendants in this action. See id. at 2.

  Although plaintiff missed the October 1st deadline, today he filed a letter clarifying that he intended to name as defendants Achievement First East Brooklyn High School, Sabrina Silver, Kathryn Lewis and Alicia Robinson. See Letter from Christian Williams to Judge Mann dated 10/11/19 (Oct. 11, 2019), DE #8. This Court deems the Complaint amended to name those defendants and directs the Clerk of Court to amend the docket sheet accordingly. Moreover, since the summons issued by the Clerk of Court in this action named as the sole

defendant, "Achievement First East Brooklyn High School Principal," see Summons Issued (Sept. 16, 2019), DE #5, the Clerk is directed to re-issue summonses to the following defendants:

Achievement First East Brooklyn High School
301 Vermont Street
Brooklyn, NY 11207

Sabrina Silver
301 Vermont Street
Brooklyn, NY 11207

Kathryn Lewis
301 Vermont Street
Brooklyn, NY 11207

Alicia Robinson
301 Vermont Street
Brooklyn, NY 11207

Enclosed is a copy of the "Individual Rules of Magistrate Judge Roanne L. Mann." Both plaintiff and defendants are required to follow them, with one exception: *pro se* parties are automatically exempt from mandatory electronic filing. Parties represented by counsel in *pro se* cases must file all submissions electronically and mail the submission to the *pro se* litigant.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Plaintiff shall promptly advise the court once the defendants have been served or plaintiff receives waivers of service. Accordingly, if service is not waived or made upon the

defendants by November 13, 2019 or plaintiff fails to show good cause why such service has not been effected, it will be recommended that the Court dismiss this action without prejudice.

Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiff's current address means the Court will not know where to contact plaintiff and may result in dismissal of the case. For information regarding court procedures, plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665. For more substantive legal counseling, plaintiff may contact the Federal Pro Se Legal Assistance Project at (212) 382-4729.

Finally, plaintiff is advised that he may register to receive electronic notifications of court filings in this case. Instructions for registration and consent for electronic service are enclosed.

**SO ORDERED.**

**Dated:**     **Brooklyn, New York**
              **October 11, 2019**

/s/ *Roanne L. Mann*
**ROANNE L. MANN**
**CHIEF UNITED STATES MAGISTRATE JUDGE**